SHEDD, Circuit Judge,
dissenting:
The majority acknowledges our obligation under Virginia law to impose a duty to defend when “there is any possibility that a judgment against the insured will be covered under the insurance policy.” Bohreer v. Erie Ins. Group, 475 F.Supp.2d 578, 584 (E.D.Va.2007) (emphasis added). None of the factual allegations in these complaints forecloses the possibility that one or more CACI employees traveled to Iraq for a short time and caused covered injuries to the plaintiffs, a scenario covered by the insurance policies’ “short time” exception. In my view, this possibility requires us to reverse the decision of the *160 district court and remand for further discovery on other material issues.